Robert **BLACKWELL**, DDS, Appellant,

v.

**ARKANSAS STATE BOARD OF DENTAL EXAMINERS; Mike Beebe, Arkansas Attorney General, Appellees.**

No. 03–2597.

United States Court of Appeals, Eighth Circuit.

Submitted: May 6, 2004.

Decided: May 17, 2004.

John Lee Kearney, Pine Bluff, AR, for Plaintiff–Appellant.

William Henry Trice, III, Howell & Trice, Asheton M. Carter, Attorney General's Office, Jeffrey Ryan Priebe, Armstrong & Allen, Little Rock, AR, for Defendants–Appellees.

* The Honorable Susan Webber Wright, Chief Judge, United States District Court for the

Before MORRIS SHEPPARD ARNOLD, FAGG, and COLLOTON, Circuit Judges.

PER CURIAM.

Robert Blackwell appeals the district court's * order dismissing Blackwell's 42 U.S.C. § 1983 action. After careful review of the record, we conclude the dismissal was proper, and we affirm the district court. *See* 8th Cir. R. 47B.

Eastern District of Arkansas.